DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hall<br><br>Case Below:<br>175 N.C. App. 248 | No. 063P06 | Def's PWC to Review Decision of COA (COA05-161) | Denied (05/04/06) |
| State v. Harden<br><br>Case Below:<br>Mecklenburg County Superior Court | No. 427A94-2 | Def's PWC to Review Order of Mecklenburg County Superior Court | Denied (05/04/06) |
| State v. Hardy<br><br>Case Below:<br>Mecklenburg County Superior Court | No. 169A99-2 | AG's PWC to Review the Mecklenburg County Superior Court | Denied (04/06/06) |
| State v. Harley<br><br>Case Below:<br>176 N.C. App. 190 | No. 167P06 | Def's Motion for Temporary Stay (COA05-575) | Denied 04/19/06 |
| State v. Hendricks<br><br>Case Below:<br>175 N.C. App. 594 | No. 091P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1539) | Denied (05/04/06) |
| State v. Hillier<br><br>Case Below:<br>175 N.C. App. 248 | No. 032P06 | 1. Def's NOA Based Upon a Constitutional Question (COA04-1654)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (05/04/06)<br><br>3. Denied (05/04/06) |
| State v. Hinton<br><br>Case Below:<br>176 N.C. App. 191 | No. 113P06 | 1. AG's Motion for Temporary Stay (COA05-241)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 03/08/06<br><br>2. Allowed (04/06/06)<br><br>3. Allowed (04/06/06) |